1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169

7  Attorneys for Defendants

FILED
MAY 03 2006
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
APR 28 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PING LIU,                              )  No. C 06-1703 JW
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )
                                       )
MICHAEL CHERTOFF, Secretary of the     )  **STIPULATION TO DISMISS; AND**
Department of Homeland Security;       )  **[PROPOSED] ORDER**
EMILIO T. GONZALEZ, Director of U.S.   )
Citizenship and Immigration Services;  )
ROBERT S. MUELLER, Director of         )
Federal Bureau of Investigation,       )
DAVID N. STILL, Director of the San    )
Francisco USCIS District,              )
                                       )
            Defendants.                )
_____)

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's application for naturalization.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 06-1703 JW

| | |
|---|---|
| Date: April 26, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN<br>United States Attorney |
| | _____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: April 25, 2006 | *see faxed signature*<br>_____<br>PING LIU<br>*Pro Se* |

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5-3-06

_____
JAMES WARE
United States District Judge

Stipulation to Dismiss
C 06-1703 JW                                      2

1 | Date: April ___, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

9 | Date: April 25, 2006

_____
PING LIU
Pro Se

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

16 | Date:

_____
JAMES WARE
United States District Judge

Stipulation to Dismiss
C 06-1703 JW

2